UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62297-RAR

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**CEC ENTERTAINMENT, LLC,
d/b/a CHUCK E. CHEESE, a foreign
limited liability company**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days to finalize their settlement agreement and to file the necessary dismissal document.

    DATED: January 9, 2024.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO<br>DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com |
| By    _s/ Roderick V. Hannah_<br>      RODERICK V. HANNAH<br>      Fla. Bar No. 435384 | By    _s/ Pelayo M. Duran_<br>      PELAYO M. DURAN<br>      Fla. Bar No. 0146595 |

**WICKER, SMITH, O'HARA, MCCOY & FORD, P.A.**
Counsel for Defendant
2800 Ponce de Leon Boulevard, Suite 800
Coral Gables, FL 33134
T. 305/ 448-3939
Fax: (305) 441-1745
Email: miacrtpleadings@wickersmith.com

By   */s/ Constantine G. Nickas*
    CONSTANTINE G. NICKAS
    Fla. Bar No. 866954