UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62297-RAR

**NELSON FERNANDEZ**,

    Plaintiff,

v.

**CEC ENTERTAINMENT, LLC**,
*d/b/a* CHUCK E. CHEESE, *a foreign for-profit corporation*,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 15] ("Notice"), filed on January 29, 2024. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of January, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**